UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                              Chapter 13

ALLEN CRUZ,                                                         Case No. 14-13027 (JLG)

                        Debtor.
-----------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF WESTCHESTER      )

I, Mary Aufrecht, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Greenwich, CT.

On July 8, 2015, I served a true and completed copy of the documents requested in the email from Daniel Sullivan on June 30, 2015, upon the following parties, RAS Boriskin, LLC via email at the following addresses dsullivan@rasboriskin.com; including the following documents:

☒   Other (please specify)
    - More detailed hardship letter
    - RMA
    - Contributor's paystubs from the month of June
    - Borrower and Contributor's bank statements from April - May

Dated: Scarsdale, New York
       July 8, 2015

Sworn before me on                                  _____
July 8, 2015                                        Mary Aufrecht

_____
Notary Public

NICOLE MARIE BLACK
Notary Public, State of New York
No. 02BL6225016
Qualified in Westchester County
Commission Expires July 19, 20__