UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| Allen Cruz | Case No. 14-13027 (jlg) |
| Debtor(s). | |

-----------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF WESTCHESTER        )

I, Michael Lazzaro, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Scarsdale, New York.

On July 29, 2015, I served a true and completed copy of the documents listed below. These loss mitigation documents were served upon Counsel for the Creditor; RAS Boriskin, LLC. via email at the following address Mediation@rasboriskin.com; including the following documents:

☒   A copy of the Debtor's personal MCU Bank statements for the month of June.

Sworn before me on
July 29, 2015

_____              _____
                                              Michael Lazzaro

JENNIFER DUGAN
NOTARY PUBLIC, State of New York
No. 01DU6130798
Qualified in Westchester County
Commission Expires July 25, 20__