# CLAIR & GJERTSEN

ATTORNEYS AT LAW

720 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
914 472 6202
FAX 472 1936
EMAIL: MARY@CLAIRGJERTSEN.COM

September 24, 2015

Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    Allen Cruz
            Chapter 13
            Case No. 14-13027-jlg

Dear Honorable Sir:

This letter shall serve as a status report for the above referenced file.

The debtor was denied for a loan modification, which we are not appealing. Our office plans on filing a final report terminating loss mitigation prior to the next status conference and confirmation hearing on October 1, 2015. Confirmation was contingent on loss mitigation being successful and due to the denial, we anticipate the Trustee making a motion to dmiss due to a lack of feasibility.

If you have any further questions or concerns please do not hesitate to contact the undersigned.

        Respectfully,
        Clair & Gjertsen, Esqs.

        By: s/Mary Aufrecht
        Mary Aufrecht, Esq.